NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK E. SANBORN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3046

---

Appeal from the Merit Systems Protection Board in case no. DA315H110431-B-1.

---

**ON MOTION**

---

**O R D E R**

Mark E. Sanborn, moves without opposition for a 60-day extension of time to file his principal brief.

Upon Consideration Thereof,

IT IS ORDERED THAT:

The motion is granted.  The petitioner's brief is due on or before April 30, 2013.

MARK SANBORN v. ARMY

2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27